IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

ERNEST EUGENE PHILLIPS, JR., )
)
              Petitioner, )
)
vs. ) Case No. CIV-01-45-JHP
)
MARTY SIRMONS, Warden, Oklahoma )
State Penitentiary, )
)
              Respondent. )

## JUDGMENT

This matter came before the Court for consideration of Petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254. The issues having been duly considered and a decision having been rendered in accordance with the Order filed simultaneously herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered for respondent, Marty Sirmons, and against petitioner, Ernest Eugene Phillips, Jr., on his challenge to the constitutionality of his state court conviction and death sentence.

IT IS SO ORDERED this 9th day of April, 2008.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma