# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ERNEST EUGENE PHILLIPS, JR.,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-01-45-JHP-KEW |
| | ) |
| **RANDALL G. WORKMAN,** | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

The court, having received the parties joint motion to dismiss (Dkt. # 75) which indicates the petitioner has entered a plea of Guilty and was sentenced to Life Imprisonment without the Possibility of Parole thereby fulfilling this court's order of June 8, 2010. Based upon this motion, this Court finds no further need to monitor this case. Accordingly, the motion to dismiss will be granted and the file will be closed.

It is so ordered on this  14th  day of March, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma